UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| AMY MARIE HOSKINS, | ) | |
| | ) | |
| Plaintiff, | ) | No. 6:22-CV-103-HAI |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| KILOLO KIJAKAZI, *Acting Commissioner of Social Security*, | ) ) ) | |
| Defendant. | ) ) ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Defendant, the Commissioner of Social Security, has filed an unopposed motion with this Court, pursuant to 42 U.S.C. § 405(g), to enter a judgment with an order of reversal with remand of the case to the Commissioner for further administrative proceedings. D.E. 16.

Pursuant to the power of this Court to enter a judgment affirming, modifying, or reversing the Commissioner's decision with remand in Social Security actions under sentence four of 42 U.S.C. § 405(g), and in light of the Commissioner's request for remand of this action for further proceedings, this Court hereby **GRANTS** the Commissioner's motion (D.E. 16), **DENIES** Plaintiff's motion for summary judgment as moot (D.E. 14), and **REVERSES** the Commissioner's decision under sentence four of 42 U.S.C. § 405(g) with a **REMAND** to the Commissioner for further administrative proceedings. *See Shalala v. Schaefer*, 509 U.S. 292 (1993).

This the 4th day of October, 2022.



Signed By:
*Hanly A. Ingram*
United States Magistrate Judge

1